510.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CARL DE MOON, Defendant-Appellant.

(No. 58691;

First District (5th Division)—November 30, 1973.

*Rehearing denied January 8, 1974.*

PER CURIAM.

SULLIVAN, J., took no part.

Patrick A. Tuite and L. David Rish, both of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Mariann Twist, and Nicholas P. Iavarone, Assistant State's Attorneys, of counsel), for the People.